*Ex parte* WILLIAM M°DONALD, an infolvent debtor.

ROSS, for the plaintiff, in the fuit on which M°Donald was in cuftody, objected to the difcharge of the prifoner ; becaufe he had not refided within this ftate two years next before his imprifonment.

*Pentecoft*, for the prifoner. The law was made to prevent inhabitants of another ftate from coming here and becoming refident in order to receive the benefit of the infolvent laws here, which perhaps they could not obtain in the ftate whence they came. But this prifoner was an inhabitant of *Virginia*, at the time of the arreft, and of the contract, and long before. He had, before his arreft here, been arrefted for the fame demand in *Ohio* county where he refided, and the fuits there were difcontinued, after his arreft here.

PRESIDENT. As the circumftances of this cafe carry no appearance of collufion, or fraud on the law, on the part of the prifoner, but rather of oppreffion by the plaintiff, we think it fair to conftrue the 4th fection of the infolvent law of 1731, in the manner contended for by the prifoner's counfel, and, of courfe, to confider the prifoner as not within the evil provided againft, by that fection.